Ellen Holt, Appellant, v. Chicago Hair Goods Company, Appellee.

Gen. No. 43,676.

opinion filed May 6, 1946; released for publication May 27, 1946. Henry L. Blim, for appellant; Phillips & Suekoff, for appellee; Raymond I. Suekoff and Walter Gainer, of counsel. Opinion by PRESIDING JUSTICE MATCHETT. Not to be published in full.